IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -6  P 3: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>)<br>WILLIE FRED GOLDSMITH    )<br>)<br>) | CR. NO. 2:06cr75-WKW<br>[18 U.S.C. § 641]<br><br>**INFORMATION** |

The United States Attorney charges:

COUNT 1

1. At all times relevant to this Information, the defendant, **WILLIE FRED GOLDSMITH**, was a resident of Montgomery, Alabama.

2. On or about September 29, 2005, the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security received an application for benefits in connection with Hurricane Katrina from a person named Willie Goldsmith. That application, falsely represented that **GOLDSMITH** had suffered losses to a property that was rented as a primary residence in Harvey, Louisiana. In fact, **GOLDSMITH** did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted **GOLDSMITH**'s application and caused a United States Treasury check in the amount of $2,000 to be mailed to **GOLDSMITH** in Montgomery, Alabama. **GOLDSMITH** received the check and cashed it.

4. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

## WILLIE FRED GOLDSMITH,

did embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | October 11, 2006 | FEMA disaster assistance funds in the amount of $2,000. |

All in violation of Title 18, United States Code, Section 641.

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney

2