# United States District Court

## for

## Middle District of Alabama

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willie Fred Goldsmith                    Case Number: 2:97CR00183-001

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: March 24, 2000

Original Offense: Possession of an Unregistered Firearm and Mail Fraud

Original Sentence: 71 months custody of BOP followed by a 3 year term of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: April 11, 2003

Assistant U.S. Attorney: Louis Franklin, Sr.,              Defense Attorney: Christine A. Freeman

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1- <u>Standard Condition No. 2</u>: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | Goldsmith failed to submit monthly supervision reports for the months of May, June, July, August and September 2005. On April 29, 2005, offender signed a certified letter directing him to report to the U.S. Probation Office on May 3, 2005; however, offender failed to do so. Numerous efforts have been made to bring offender into compliance, but to no avail. |
| Viol. 2- <u>Standard Condition No. 6</u>: The defendant shall notify the probation officer ten days prior to any change in residence or employment. | Goldsmith's last known address was 337 Southlawn Drive in Montgomery, Alabama. On August 25, 2005, contact was made with the defendant's niece (via telephone) who advised that the defendant no longer resides with her at the aforementioned address. She stated that she had no knowledge of the offender's whereabouts. To date, Goldsmith's whereabouts are unknown. |

| | |
|---|---|
| Viol. 3- <u>Mandatory Condition No.</u>: The defendant shall not commit another federal, state, or local crime. | On September 29, 2005, Goldsmith filed an application for benefits with the Federal Emergency Management Agency (FEMA). The application for benefits was in connection with Hurricane Katrina, which falsely represented that Goldsmith suffered a loss of $2,000.00. He received a United States Treasury check in the amount of $2,000.00 on October 4, 2005. An information was filed on March 6, 2006, in the Middle District of Alabama. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   Modified the conditions of supervised release to include six months in the Community Corrections Center and add the search policy of the court.

        Respectfully submitted,

        /s/ Donnelle Thompson
        Donnelle Thompson
        U.S. Probation Officer
        Date: March 7, 2006

Reviewed and approved:  /s/ Scott Wright
                        Scott Wright
                        Supervising U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

        Signature of Judicial Officer

        Date