IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:06-CR-075-MHT |
| | ) | |
| WILLIE FRED GOLDSMITH | ) | |

**ORDER**

The defendant, Willie Fred Goldsmith, has submitted his financial affidavit in support of his application for appointment of counsel. Upon careful review of the defendant's affidavit, and for good cause, it is

ORDERED that CJA Panel Attorney, Pate DeBardeleben, be and is hereby appointed to represent the defendant in all proceedings. Appointed counsel shall file a written notice of appearance with this court.

DONE this 8th day of March, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE