# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE             AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   MARCH 9, 2006           AT        10:00          A.M./P.M.

DATE COMPLETED   MARCH 9, 2006           AT        10:10          A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | Cr No. 2:97-cr-00183-MHT |
| | ) | |
| WILLIE FRED GOLDSMITH | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Cr No. 2:06-cr-00075-MHT |
| | ) | |
| WILLIE FRED GOLDSMITH | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Christopher Snyder | X | Atty Crowell Pate DeBardeleben |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |
| | Donnelle Thompson, | |
| | Probation Officer | |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   TELEPHONE CONFERENCE


10:00 a.m.     Telephone conference commenced.
               Parties' oral representations that they desire to expedite
               disposition of charges in 2:06cr75-MHT.  Probation Officer's
               representation that PSR can be ready in 30 days.  Terms of
               proposed plea agreement (to be filed in both cases) stated
               on the record.  Defendant's oral request to waive
               preparation of PSR; Court directs that PSR must be prepared
               for court's use in determining whether plea agreement should
               be accepted.  The court will confer with Magistrate Judge
               Coody as to the reassignment of Criminal No. 2:06cr75-MHT
               from Magistrate Judge Boyd to Magistrate Judge Coody, since
               he is assigned to 2:97cr183-MHT.  **ORAL ORDER** cancelling the
               March 13, 2006, hearing in 2:97cr183-MHT.
10:10 a.m.     Conference concluded.