IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                                    )
vs.                              )     CR NO. 2:97-CR-183-MHT
                                    )
WILLIE FRED GOLDSMITH    )

UNITED STATES OF AMERICA    )
                                      )
vs.                              )     CR NO. 2:06-CR-75-MHT
                                    )
WILLIE FRED GOLDSMITH    )

**ORDER**

For good cause, it is

**ORDERED** that a consent plea hearing be and is hereby set in the above-styled cause for **March 16, 2006, at 9:00 a.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 9th day of March, 2006.

            /s/Charles S. Coody           
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE