COURTROOM DEPUTY MINUTES  DATE: _March 16, 2006_  FTR RECORDING: _9:08 to 9:27_

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: _MITCHELL REISNER_

☐ ARRAIGNMENT      ☐ CHANGE OF PLEA      √ CONSENT PLEA

☐ RULE 44(c) HEARING      ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: _WANDA STINSON_ |
| CASE NUMBER: _2:97CR183-MHT & 2:06CR75-MHT_ | DEFENDANT NAME: _WILLIE FRED GOLDSMITH_ |
| AUSA: _SUSAN REDMOND_ | DEFENDANT ATTY: _PATE DEBARDELEBEN_ |
| | Type Counsel: ( ) Waived; ( ) Retained; (√) Panel CJA; ( ) CDO |
| USPO: _DEWAYNE SPURLOCK_ | |
| Defendant ___ does _√_ does NOT need and interpreter. Name: _____ | |

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

√ **WAIVER OF INDICTMENT** executed and filed.

√ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) ___1___  of the **Felony Information.**

☐ Count(s) _____  ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. √ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or √ Sentencing on _____ √ set by separate Order.

The court notes that the deft will enter a plea to count 1 of the Revocation Petition and to count 1 of the Felony Information. Deft placed under oath; Courts review of the Felony Information filed and the maximum limits of punishment;

Courts discussions that there will be no revocation hearing that the deft by consent enter a plea to the revocation; Consent plea colloquy resumes as to both case; Deft enters **GUILTY** plea to count 1 Felony Information and to the charges in the Revocation Petition.