# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   June 22, 2006              AT  10:07   A.M./P.M.

DATE COMPLETED   June 22, 2006              AT  11:15   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:97-cr-183-MHT
        VS.                                2:06-cr-075-MHT

WILLIE FRED GOLDSMITH

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher A. Synder | X<br>X<br>X<br>X<br>X | Atty Crowell Pate DeBardeleden |

COURT OFFICIALS PRESENT:

| Anthony Green,<br>Courtroom Clerk | David Sapp,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:      SENTENCING ON REVOCATION (Cr. No. 2:97cr183)
                           SENTENCING HEARING (Cr. No. 2:06cr75)

| | |
|---|---|
| 10 :07 a.m. | Sentencing hearings commence. Government's ORAL MOTION to dismiss violations 2,3, and 4 of the 6/19/06 amended petition. Terms of the plea agreement were stated on the record. Government moves to withdraw objections to PSR; Court directs PO to modify PSR, as stated on the record. Parties heard re proposed sentences. Probation Officers' objections to terms of plea agreement; oral argument heard; plea agreement accepted as to new charge(2:06cr75-MHT) and NOT accepted as to proposed sentence on revocation charge (2:97cr183-MHT). |
| 10:40 a.m | Recess (defendant's conference with Atty re withdrawal of guilty plea). |
| 10:55 a.m. | Court reconvenes. Parties request additional time to file motion for downward departure in 2:06cr75-MHT. Request construed as Government's ORAL Motion for downward |

```
MINUTES
SENTENCING HEARING held before Judge Myron Thompson on 6/22/06
USA vs. Willie Fred Goldsmith, Cr. Nos. 2:97cr183-MHT & 2:06cr75-MHT


                                departure.  PO's objection to proposed
                                sentence recommended by oral downward
                                departure.  Defendant states that he does
                                not wish to withdraw his earlier plea; oath
                                issued; plea affirmed; sentence imposed.
                                Oral Order, during sentence imposition,
                                granting government's motion to dismiss
                                counts 2-4 of the revocation petition
                                and granting government's oral motion for
                                downward departure.
11:15 a.m.                      Hearing concluded.
```