PROB 12A
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Report on Offender Under Supervision

Name of Offender: Willie Fred Goldsmith                    Case Number: 2:06cr75-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U. S. District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Theft of Government Property

Original Sentence: 6 months custody of BOP followed by a 3 year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: April 9, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."** | On June 19, 2007, the offender submitted a urine specimen which produced a presumptive positive for cocaine. |

**U.S. Probation Officer Action:**  Mr. Goldsmith admitted to using cocaine on June 16, 2007. This is the offender's first positive drug test since beginning supervised release. Prior to submitting this positive urine specimen, the offender had submitted three (3) urine samples which all produced negative results for any controlled substance. The probation officer offered drug treatment to Mr. Goldsmith and he declined. He was informed of the possible punishment for continued use of illegal drugs and received a written reprimand. Also addressed in the written reprimand issued to Mr. Goldsmith was his failure to report for drug testing on three occasions (May 9th, 23rd, and June 4th ).

Due to his positive drug test, the offender will remain in the probation office's highest drug testing phase for an additional two months. It is respectfully recommended that the Court take no action at this time. Should he continue to use illegal drugs or fail to report for drug testing, punitive action will more than likely be requested.

                                                          Respectfully submitted,

by     /s/ Larry D. Turner
           Larry D. Turner
           U.S. Probation Officer
           Date: June 20, 2007

PROB 12A
(7/93)

2

Reviewed and approved:  /s/ David Ron Thweatt
                        Supervisory U.S. Probation Officer

*The Court directs that additional action be taken as follows:*

[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other
[X]   Concur with Probation Officer's recommendation
[ ]   No action necessary

                                                  /s/ Myron H. Thompson
                                                 Signature of Judicial Officer

                                                 June 21, 2007
                                                 Date