PROB 12A
(7/93)

# United States District Court

for

### Middle District of Alabama

### Report on Offender Under Supervision

Name of Offender: Willie Fred Goldsmith           Case Number: 2:06cr75-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U. S. District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Theft of Government Property

Original Sentence: 6 months custody of BOP followed by a 3 year term of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: April 9, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."** | On June 25, 2007, the offender submitted a urine specimen which produced a presumptive positive for cocaine. |

**U.S. Probation Officer Action:** Mr. Goldsmith admitted to using cocaine on June 21, 2007, which is the offender's second positive drug test for cocaine since beginning supervised release. The probation officer offered drug treatment to Mr. Goldsmith and he accepted, having previously declined treatment after submitting his first positive back on June 19, 2007. He will be referred for a substance abuse assessment. Offender was also informed of the possible punishment for continued use of illegal drugs and received an oral reprimand.

Due to his second positive drug test, the offender will remain in the probation office's highest drug testing phase for an additional two months. It is respectfully recommended that the Court take no action at this time in order for Mr. Goldsmith to have an opportunity to participate in drug treatment. Any further noncompliance will be reported to the Court with a request for punitive sanctions.

Respectfully submitted,

by     /s/ Larry D. Turner
Larry D. Turner
U.S. Probation Officer
Date: June 27, 2007

PROB 12A
(7/93)

2

Reviewed and approved:  /s/ David Ron Thweatt
                        Supervisory U.S. Probation Officer

*The Court directs that additional action be taken as follows:*

[  ]    Submit a Request for Modifying the Condition or Term of Supervision
[  ]    Submit a Request for Warrant or Summons
[  ]    Other
[  ]    Concur with Probation Officer's recommendation
[  ]    No action necessary

It is ORDERED that this non-compliance summary is set for hearing on July 16, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.  Defendant Willie Fred Goldsmith and his attorney are to be present.

    /s/ Myron H. Thompson
Signature of Judicial Officer


  July 6, 2006
Date