2:06cr75-MHT

June 25, 2007

Honorable Judge Myron Thompson,

Your honor you may remember meeting with you in your office after I got out of prison in April. I was with my P.O. Larry Turner. At the time I had no money, no real stable place to live, but I rose up and took my life back. I have battled all odds and have a job that I've always dreamed of having. I am in charge of million dollar properties because of my skills and knowledge and selling myself. By the providence of God and wanting my life back I rose up. I am an asset to this Corp. (Days Inn) North Chase Blvd. The real reason that I am writing to you is to

(2)

seek another meeting with you. It motivated me, and I fell of the wagon once, and I must continue to move forward. I refuse to let the demons of my past to rule me again. I have something to offer to society and I choose to strive and struggle to move forward. Mr. Turner said he will work with me on any issues I may have. I have too much to lose, I hit the ground running and rebuilt my life. I will not go backwards. In a mere (3) months I have gained at lot that I use to dream about. I told mr Turner this morning that I needed to talk to him. He was tied up but said that he will come by my Job if he gets a chance.

I went to prison and paid for all I have ever done. I choose freedom and life. I just want you to know ~~that if there is any way that you can fit me into your schedule in the near future I would greatly appreciate~~. You are a man of vision, a fair man, a firm and true to life Judge that wants a person to succeed. Just sitting face to face with a Black man Nominated by Jimmy Carter to a seat vacated my Frank M. Johnson, Jr. uplifts me and give me the desire to stay focused and on track. Your honor I was compelled to write you to let you know that I am not perfect and life Is not always fair but

I may slip by I have too much to lose to go backward. All I want is a chance, some support, and some understanding for everyone involved with me.

I appreciate you taking the time to read this letter. life is short and I am 59 years and God has blessed me through the bad and the good.

Again I appreciate a Judge that don't really judge, but seek to give guidance, a no nonesense Judge that really wants a person to get out and go forward.

Sincerely
Willie Fred Goldsmith