

Willie Fred Goldsmith, Sr.
c/o Days Inn
Rm. 219
4470 North Chase Blvd
Montgomery, AL 36110

United States District Court
Attention:
The Honorable
Judge Myron Thompson
One Church St. (P.O. Box 711)
Montgomery, Alabama 36101-711

MONTGOMERY AL 361
25 JUN 2007 PM 4 L