IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr No. 2:06cr75-MHT |
| | ) | |
| WILLIE FRED GOLDSMITH | ) | |

## ORDER

_____The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Accordingly, it is

ORDERED that the Panel Attorney Crowell Pate DeBardeleben be and is hereby re-appointed to represent the defendant during the proceedings currently pending before the court.

DONE, this the 11th day of July , 2007.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE