IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) |    2:06cr75-MHT |
| WILLIE FRED GOLDSMITH | ) | |

### ORDER

It is ORDERED that defendant Willie Fred Goldsmith's pro-se request for meeting with court (Doc. No. 22) is granted to the extent that a hearing is set for July 16, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 12th day of July, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE