July 7, 2007

Dear Judge Thompson,

2:06CR75-MHT

Mr. Turner (my P.O.) informed me that there is a hearing scheduled on July 16, 2007 at 10:AM before you. This is my worst nightmare. I can't really describe how I feel knowing that I'm having a hearing. I have come so far, so fast because of my sheer determination to rise up out of the ashes. I have just been promoted and the owners rely on me and trust me on the highest level.

Your honor the times that I got off course was when I went around old friends. I have looked at all of this. I live here and I work here and it is a very pleasant environment here.

Mr. Turner has visited me here and he can attest to that fact. I have built a nice Relationship with my two grandsons. They are one and three. I named one Jacob and one Solomon. If not for the slipups I made things could not be better, And they get better everyday... beyond my wildest dreams. And as I mentioned in my letter to you before.... only by the mercy and grace of God. I will not let myself down! Everyone that knows me now know nothing of me and drugs, etc. My employers know of my Prison term, etc. But they don't know of my drug history.

They accept me on how I conduct myself here, on my skills, on the asset I am to them. I feel guilty about all of this (the hearing). I have moved past the slipups I made. I won't let that stop me from going forward. You will make the ultimate decision at this hearing. Please give me a chance to continue to move forward. I spend my spare time now revising my book and getting it ready for publication. I finished my book during the 18 months I was in on my violation. A 350 page manuscript that I will publish soon. You have my word that after this hearing the next time you see me it will be because of something

I have accomplished. I have goals and plans and I will pursue them. I am not perfect but I have a lot to offer. I want to be an example to my grandsons. They don't know anything but the grandson I am to them now. I love them, I teach them and I want to help guide them in life.

Most times you probably just hear all of the negative things about people who come before you, and I understand that. But I am writing you to let you know that I live my life now in a positive, constructive, and as decent a manner as I possibly can. I slipped but I've put it behind me and continue to move forward.

I pray that I can get past this with all that I have gained and built up intact. God is my witness that I will stay focused and on track through His help.

Sincerely,

W. Fred Goldsmith, Sr.