IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:06cr75-MHT
WILLIE FRED GOLDSMITH       )
```

### ORDER

On July 16, 2007, the court held a hearing regarding a non-compliance summary filed by the U.S. Probation Office on June 21, 2007 (doc. no. 21). Based on the representations made during the hearing, including the fact that defendant Willie Fred Goldsmith has now admitted to using drugs for a third time since beginning supervised release, it is ORDERED that the conditions of supervised release are modified as follows:

(1) The defendant is prohibited from traveling into areas west of Interstate 65 and south of Interstate 85 in Montgomery County, Alabama, except for travel on the

Eastern and Southern Boulevards up to the Troy Highway exit.

(2) Any travel outside the restricted area must be approved in advance by the supervising probation officer.

DONE, this the 16th day of July, 2007.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**