UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| *DATE:* | August 14, 2007 |
| *TO:* | The Honorable Myron H. Thompson<br>United States District Judge |
| *REPLY TO ATTN OF:* | Alfred L. Lancaster<br>Senior United States Probation Officer<br>Middle District of Alabama |
| *SUBJECT:* | **GOLDSMITH, Willie Fred**<br>**Dkt. No.: 2:06cr75-MHT**<br>**STATUS REPORT** |

**COURT HISTORY:**

Willie Fred Goldsmith was sentenced on June 22, 2006, to 6 months custody to be served consecutive to his revocation sentence of 12 months in case number 2:97cr183-MHT, to be followed by a three year term of supervised release for theft of government property. In addition to the standard conditions of supervision, Goldsmith was ordered to abide by the following special conditions: (1) The defendant shall participate in drug testing and treatment; (2) The defendant shall submit to a search of his person, residence, office or vehicle; (3) The defendant shall provide the probation officer any requested financial information; (4) The defendant shall not obtain new credit without approval of the court unless in compliance with the payment schedule; and (5) The defendant shall pay restitution in the amount of $2,000 at the rate of not less than $100 per month.

**SUPERVISION HISTORY:**

Goldsmith was released from custody to begin service of his three-year term of supervised release on April 9, 2007. On June 19, 2007, June 25, 2007, and July 16, 2007, Goldsmith tested positive for the use of cocaine. On July 16, 2007, the Court held a noncompliance hearing regarding Goldsmith's drug use. During the hearing, the Court ordered that Goldsmith receive a substance abuse evaluation. In addition, the Court directed the probation office to provide a status update regarding the outcome of Goldsmith's evaluation.

On July 20, 2007, Goldsmith reported to the Chemical Addictions Program, Inc., for a substance abuse assessment. The evaluating therapist recommended that Goldsmith be enrolled into the Intensive Outpatient Treatment Program consisting of one individual session per week and three group sessions per week. Each individual session is one hour long and each group session is three hours long. Goldsmith began treatment on July 25, 2007, and attends treatment on Monday, Wednesday and Thursday nights.

On August 7, 2007, the probation officer made contact with Goldsmith's counselor who noted that she was very impressed with Goldsmith's progress. She stated that he offers good insight to other participants during group sessions and is making great strides toward understanding his addiction. She further noted that Goldsmith is very forthcoming during individual sessions and that he has been a pleasure thus far to counsel.

**GOLDSMITH, Willie Fred**
<u>**Page 2—STATUS REPORT**</u>

                                  Respectfully submitted,

                                  /s/ Alfred L. Lancaster
                                Alfred L. Lancaster
                                Senior United States Probation Officer


**Reviewed and Approved by:**

/s/ David Ron Thweatt
David Ron Thweatt
Supervisory United States Probation Officer