IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                              ) | CRIMINAL ACTION NO. |
| ) | 2:06cr75-MHT |
| **WILLIE FRED GOLDSMITH** ) | |

## ORDER

On October 24, 2007, the court held a hearing regarding a non-compliance summary filed by the U.S. Probation Office on October 22, 2007 (doc. no. 32). Based on the representations made during the hearing, including the fact that defendant Willie Fred Goldsmith has now admitted to using cocaine again for a fourth time since beginning supervised release, and other violations to include failure to comply with drug testing and drug treatment, and pay restitution, it is ORDERED that the conditions of supervised release are modified as follows:

(1) Defendant Willie Fred Goldsmith is to attend inpatient treatment at the Chemical Addictions Program.

Upon completion of inpatient treatment, defendant Goldsmith is to be transported to The Lighthouse of Tallapoosa County, Alexander City, Alabama, by the Probation Department. Defendant Goldsmith is to successfully complete the program and to reside there until approved for release by the court. While in the program, defendant Goldsmith will remain under the same supervised release status conditions as set out in the judgment in a criminal case imposed on June 22, 2006.

    DONE, this the 24th day of October, 2007.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE