November 2, 2007

Your Honor,

2:06CR75·MHT

Please bear with me as I ask the Court to please consider modifying your Court order of October 24, 2007. Your Honor I've made bad decisions and some bad choices in my life. And I have always paid a price for them. I have admitted to them all and take full responsibility. I am going to be a success your Honor.

This is a very good program (Capps Inpatient) here. I know that I can and will rise above my addiction with the tools offered here. I know I can do it sir. Leaving here and relocating after 28 days I will not have contact with my children, my grandchildren, and other family who I have re-established beautiful relationships with since I left prison on April 9, 2007

Your Honor I met you in your Chambers with my prior P.O. (Mr. Larry Turner) and I'm still working on the same goals I stated to you then. You are a firm Judge, but a fair Judge. Your Honor I have Reclaimed my life, my family, a supporting girlfriend, a job that I cherish with lots of responsibility. Your Honor I don't want to lose all of this. It was my bad choices and decisions that placed me in the position I see myself in today sir.

Your Honor I will stay in Compliance sir. I'm asking for one last Chance to do it. To keep the things I have attained since my release — I will do it.

Your Honor, if given another Chance... and fail, I will agree to Instant remanding to prison... No questions asked!

I am at a good place in my life now sir, excluding a few bad choices and decisions. We're taught that relapse can be part of recovery. I can do this, I know I can.

Your Honor, again I'm asking you and the court to take one more chance on me after this inpatient program to get it right. I can and I will this time. It's so hard starting over and over. Only by God's grace was I able to accomplish what I did this time. Drugs are everywhere, including Alexander City, which is not new to me. Let me face my addictions head on your honor. Not to run from them. Your Honor I can and will do it right this time. Please give me another chance to do it here, I can. Thank you kindly

Sincerely,
W. Fred Goldsmith