IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )     CRIMINAL ACTION NO.
                              )        2:06cr75-MHT
WILLIE FRED GOLDSMITH         )

<u>ORDER</u>

It is ORDERED that the government and probation show
cause, if any there be, in writing by November 30, 2007,
as to why defendant Willie Fred Goldsmith's pro-se
letter-motion to modify conditions of supervised release
(Doc. No. 35) should not be granted.

DONE, this the 19th day of November, 2007.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE