UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| *DATE:* | November 28, 2007 |
| *TO:* | The Honorable Myron H. Thompson<br>United States District Judge |
| *REPLY TO*<br>*ATTN OF:* | Alfred L. Lancaster<br>Senior United States Probation Officer<br>Middle District of Alabama |
| *SUBJECT:* | **USA v. WILLIE FRED GOLDSMITH**<br>**Dkt. No.: 2:06cr75-MHT**<br>**RESPONSE TO PRO-SE MOTION** |

The Court issued an order (doc. no. 36) on November 19, 2007, for the probation officer to show cause why defendant Willie Fred Goldsmith's pro-se letter-motion (doc. no. 35) dated November 2, 2007, to modify his conditions of supervised release should not be granted. The probation officer offers the following response. Mr. Goldsmith has now advised that he wishes to comply with the modification ordered on October 24, 2007, requiring that he successfully complete the program at The Lighthouse of Tallapoosa County. Consistent with this statement, Goldsmith submitted a hand-written letter via facsimile dated November 27, 2007, indicating his desire to enter the program at the Lighthouse (see attachment).

Based upon Goldsmith's recent change-of-heart and his letter dated November 27, 2007, the probation officer recommends that the Court's order issued on October 24, 2007 (doc. no. 34), remain in full force and effect.

Respectfully submitted,

/s/ Alfred L. Lancaster
Alfred L. Lancaster
Senior United States Probation Officer

Reviewed and approved:

/s/ David Ron Thweatt
David Ron Thweatt
Supervisory United States Probation Officer