

November 17, 2007

Mr. Lancaster,

Concerning the letter to Judge Thompson, I do not want it to be taken out of context. It was not a motion to the court and was not intended to be. It was merely my personal feelings <u>at the time</u>.

I know that I need further Recovery plans. And I concur with Probation on that. If not for the injury to my hand I would be there now. I look forward to procede and go forward with this when my hand heals.

Sincerely,

W. Fred Goldsmith