IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. CR. NO. 2:06cr075- |
| ) | |
| WILLIE FRED GOLDSMITH ) | |

**United States' Response to Pro Se Motion to Modify Conditions**

Goldsmith's pro se motion to modify conditions of his sentence should be denied because the motion is now moot. As is evidenced in Goldsmith's most recent letter to the Court, *see* DE #37-2, Goldsmith now desires to complete the program at The Lighthouse of Tallapoosa County. Moreover, even if this were not the case, he should be required to do so. Since being released from prison on April 9, 2007, Goldsmith has tested positive for cocaine use at least four times. He also has a long history of cocaine use and of failed drug treatment programs. His desire to turn over a new leaf should be lauded, and he should be permitted to complete his drug treatment.

Respectfully submitted this 30th day of November, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Pate DeBardeleben.

      /s/ Christopher Snyder
      CHRISTOPHER A. SNYDER
      Assistant United States Attorney