IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )      2:06cr75-MHT
WILLIE FRED GOLDSMITH         )

<u>ORDER</u>

It is ORDERED that defendant Willie Fred Goldsmith's
pro-se letter-motion to modify conditions of supervised
release (Doc. No. 35) is denied.

DONE, this the 4th day of December, 2007.


    <u>/s/ Myron H. Thompson</u>
    UNITED STATES DISTRICT JUDGE