PROB 12C
(Rev. 1/05)

# United States District Court

for

# Middle District of Alabama

**RECEIVED**

2008 MAY -9 P 12: 10

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willie Fred Goldsmith                               Case Number: 2:06cr75-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Theft of Government Property, 18 U.S.C. § 641

Original Sentence: 6 months custody, 3 years supervised release

Type of Supervision: Supervised Release                        Date Supervision Commenced: April 9, 2007

Assistant U.S. Attorney: Christopher A. Snyder                  Defense Attorney: Crowell Pate DeBardeleben

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 - Mandatory Condition: The defendant shall pay a $100 special assessment fee and restitution in the amount of $2,000 at the rate of not less than $100 per month. | To date, Goldsmith has not paid his assessment fee nor made a restitution payment since his supervision term began on April 9, 2007. |
| #2 - Special Condition 1: "The defendant shall participate in drug testing . . ." | Goldsmith failed to report for drug testing on April 16, 2008, and May 7, 2008. |

| | |
|---|---|
| #3 - Standard Condition 2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." | Goldsmith failed to report to the probation officer within the first five days of May 2008, to submit his monthly supervision report. |
| #4- Standard Condition 3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | On May 7, 2008, the probation officer attempted to collect a urine specimen from Goldsmith, however, he was unable to produce a urine sample for drug testing. He was instructed by the probation officer to report to the probation office on May 8, 2008 at 9:00 a.m. Goldsmith failed to report as instructed. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

            I declare under penalty of perjury that the foregoing is true and correct.

            Executed on May 9, 2008

            /s/ Alfred L. Lancaster
            Senior U.S. Probation Officer

APPROVED:

/s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

            _____
            Signature of Judicial Officer

            _____
            Date