IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
v. ) CRIMINAL ACTION NO.
) 2:06cr75-MHT
**WILLIE FRED GOLDSMITH** )

<u>ORDER</u>

Based on the representations made in open court on April 24, 2008, it is ORDERED as follows:

(1) The noncompliance summary for defendant Willie Fred Goldsmith (Doc. No. 40) is treated as (a) a petition to modify to the extent probation seeks the have defendant Goldsmith excused from having to comply with the inpatient treatment requirements of the order entered on October 24, 2007 (Doc. No. 34), and (b) a petition for revocation to the extent defendant Goldsmith allegedly failed to comply with the inpatient treatment requirements of the order entered on October 24, 2007 (Doc. No. 34).

(2) Said petitions are set for hearing on July 3, 2008, at 10:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 9th day of May, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**