# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willie Fred Goldsmith                    Case Number: 2:06cr75-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Theft of Government Property, 18 U.S.C. § 641

Original Sentence:  6 months custody, 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: April 9, 2007

Assistant U.S. Attorney: Christopher A. Snyder          Defense Attorney: Crowell Pate DeBardeleben

**PETITIONING THE COURT**

[X ]    To issue a warrant
[   ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 - Mandatory Condition:  The defendant shall pay a $100 special assessment fee and restitution in the amount of $2,000 at the rate of not less than $100 per month. | To date, Goldsmith has not paid his assessment fee nor made a restitution payment since his supervision term began on April 9, 2007. |
| #2 - Special Condition 1: "The defendant shall participate in drug testing . . ." | Goldsmith failed to report for drug testing on April 16, 2008, and May 7, 2008. |

| #3 - Standard Condition 2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." | Goldsmith failed to report to the probation officer within the first five days of May 2008, to submit his monthly supervision report. |
| --- | --- |
| #4- Standard Condition 3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | On May 7, 2008, the probation officer attempted to collect a urine specimen from Goldsmith, however, he was unable to produce a urine sample for drug testing.  He was instructed by the probation officer to report to the probation office on May 8, 2008 at 9:00 a.m.  Goldsmith failed to report as instructed. |

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X]     revoked.
        [ ]     extended for _ years, for a total term of _ years.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2008

/s/ Alfred L. Lancaster
Senior U.S. Probation Officer

APPROVED:

/s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant.  It is further ORDERED that  this  revocation petition is set for hearing on
        July 3, 2008, at 10:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex,
        Courtroom 2FMJ, One Church Street, Montgomery, Alabama.
[ ]     The Issuance of a Summons
[ ]     Other

/s/ Myron H. Thompson
Signature of Judicial Officer

May 9, 2008
Date