IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-75-MHT |
| | ) | |
| WILLIE FRED GOLDSMITH | ) | |

**ORDER**

On May 14, 2008, pursuant to FED. R. CRIM. P. 32.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that the defendant has violated the conditions of his release. The court further finds that the defendant has not met the burden established under FED. R. CRIM. P. 32.1(a)(6) and will be detained pending a final revocation hearing. Accordingly, it is

ORDERED that the defendant shall appear for further proceedings as ordered by the court. FED. R. CRIM. P. 5.1(e).

Done this 14th day of May, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE