① May 21, 2008

Your Honor,                          2:06CR75-MHT

On May 14, 2008 there was a Preliminary hearing before Judge Coody. After the hearing I was detained for a revocation hearing scheduled for July 3, 2008. I had already received paperwork on this hearing. Your Honor each allegation in the Petition was answered or "explained" or clarified by my attorney (Pate Debardeleben). Your Honor the Marshals was waiting for me when I went to take my drug test. Up to that point I had not had a negative drug test since I left out of "CAPS" last Nov. 21, 2007. I am not a flight-risk, I have a Job, and I have family that

RECEIVED 2008 MAY 22 P 4:41 DEBRA P. HACKETT US DISTRICT COURT MIDDLE DIST. ALA.

loves me as I love them. I explained to Judge Coody that my youngest daughter (Shauna) was having problems in her life and had just days before come to be with me so that we could try to hash things out with her life. Now she's left at my place ... alone ... and without her dad to be there for her. Judge Coody said he understood because he has children also ... but the law is the law.

Your Honor please read the transcripts of this hearing. There a two sides to everything. You have always been a fair Judge and I will be the first one to admit that.

I explained to Mr. Lancaster that I am not perfect and this is not a perfect world. I have been doing my level best Your Honor. But sometimes life does get in the way. I feel that detaining me to make me suffer and others close to me suffer does not help anyone. I don't even see how it can help the Gov't at this point. When this happens everything I own is left out on a limb. There is no compassion and it becomes overwhelming Your Honor. Please don't take this in the wrong way. I must speak my heart. All P.O.'s are different, but God is my

witness that I have not been treated fairly. I have always paid a price for all the wrong I have ever did. Some people just won't give life a chance and they won't present the facts in an honest and truthful way. And who else do I have to stand up for me but me really?! I have said these same things to my attorney but he says there is only so much that he can do. And I believe that. It is over one month before my court date and there is so very much I can do in my life

(5)

during that time. Even if it is just preparing to go to prison. At least I can settle my affairs and be ready. My whole life is left hanging now and I am helpless to do anything about it. That is why I am asking mercy from the Court right now your Honor. I am 60 years old. All I want is to have the rest of my life in peace. God is my witness to that. I am not a perfect man and I just want a humble and peaceful life with the years I have left. Sincerely,

Kelvin T. Goldsmith

P.S. —

Your Honor I understand that everyone at a hearing in your courtroom wants to look good, Probation, the D.A., but at whose expense? My attorney has said that his hands are basically tied. Who's to present my side? And the reality of what went on — a misplaced word in a petition can cause life changing decisions to be made against me. So I stand alone knowing that <u>all</u> of the true and honest facts will not come out.... And that is one reason that I ask for mercy, and understanding from the court. I have no other choice your Honor.