# United States District Court

## for

## Middle District of Alabama

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willie Fred Goldsmith                                    Case Number: 2:06cr75-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Theft of Government Property, 18 U.S.C. § 641

Original Sentence: 6 months custody, 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: April 9, 2007

Assistant U.S. Attorney: Christopher A. Snyder           Defense Attorney: Crowell Pate DeBardeleben

**PETITIONING THE COURT**

[ ]     To issue a warrant
[ ]     To issue a summons
[X]     To amend petition filed on May 9, 2008 (warrant previously issued)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1- Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance." | On May 13, 2008, Goldsmith submitted a urine sample which tested positive for cocaine. |
| #2 - Mandatory Condition: The defendant shall pay a $100 special assessment fee and restitution in the amount of $2,000 at the rate of not less than $100 per month. | To date, Goldsmith has not paid his assessment fee nor made a restitution payment since his supervision term began on April 9, 2007. |
| #3 - Special Condition 1: "The defendant shall participate in drug testing . . ." | Goldsmith failed to report for drug testing on April 16, 2008, and May 7, 2008. |

PROB 12C
(Rev. 1/05)

2

| | |
|---|---|
| #4 - Standard Condition 2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." | Goldsmith failed to report to the probation officer within the first five days of May 2008, to submit his monthly supervision report. |
| #5 - Standard Condition 3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | On May 7, 2008, the probation officer attempted to collect a urine specimen from Goldsmith, however, he was unable to produce a urine sample for drug testing. He was instructed by the probation officer to report to the probation office on May 8, 2008 at 9:00 a.m. Goldsmith failed to report as instructed. |
| #6 - Modification Condition: "Defendant Willie Fred Goldsmith is to attend inpatient treatment at the Chemical Addictions Program. Upon completion of inpatient treatment, defendant Goldsmith is to be transported to The Lighthouse of Tallapoosa County, Alexander City, Alabama, by the Probation Department. Defendant Goldsmith is to successfully complete the program and to reside there until approved for release by the court." | On April 3, 2008, Goldsmith refused to be transported by the probation officer to The Lighthouse of Tallapoosa County. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on June 9, 2008

        /s/ Alfred L. Lancaster
        Senior U.S. Probation Officer

APPROVED:

/s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other
[X]     That the petition filed on May 9, 2008 (doc. no. 44), is amended.

   /s/ Myron H. Thompson
Signature of Judicial Officer

   June 19, 2008
Date