2:06CR75·MHT

① Sunday June 1, 2008

Your Honor,

At my hearings in your courtroom not "all" of the <u>honest</u> and <u>true</u> facts ever seems to come out sir. Especially if any of them are to my benefit. You run a firm and fair courtroom and you are definitely in a place where God wants you to be. I am writing to you again because I can't help but to tell you "truthfully" as to what happened with your court order for me to go to the Lighthouse.

First, I had <u>outpatient</u> treatment at CAPS. I didn't do to well and was sent to CAPS <u>Inpatient</u> treatment program for (28) days. I did very, very well there as anyone there will confirm and verify. I was to leave there and go to the Lighthouse. Well, on the day that my P.O., Mr. Lancaster arrived to pick me up to leave for the Lighthouse, I was getting my personal belongings together to take to the Lighthouse. Getting them together to put into his car.

(2)

As I was unpacking my things I cut my hand severely on a picture frame whose glass had broken. I was not paying attention and stuck my hand into the box to unpack it. My hand started to bleed profusely and I went outside and showed the cut to Mr. Lancaster. We waited for a while and the bleeding would not stop. He told me that I needed to go to the hospital and take care of my injury. And to make sure that I bring him the paperwork from the hospital. My boss, Brian Mundey, took me to the hospital where I was given stitches and medicine and told to come back at a later date for follow-up treatment (checkups, stitch removal, etc.).

Later Mr. Lancaster told me that I had lost my bed at the Lighthouse because I could not get there on the appointed day. And I understood that.

So as my wound started to heal, and time passed, I started back to work. I also started to attend AA and NA meetings without being told to do so.... so as to stay focused and motivated. I started to get on track and do real well, testing clean, etc. Subsequently, Mr. Lancaster asked me did I think that I needed drug treatment (He thought he needed drug treatment (The Light house). He said that he thought that I did. I told him that that I was doing well, which I was, and I thought that I was all right at the time without it; Working everyday, attending meetings, staying focused and staying focused and going on track with my life in a humble and peaceful way.

Mr. Lancaster then arranged for us to have a meeting Him, for us to have a meeting, Him, his Supervisor, David Ron Stewart, and myself and we talked about drug treatment, etc, etc.

(3)


After our meeting, Mr. Lancaster said that he would recommend to the court that things would stay as they were for me at the time. And after that the Lighthouse was not mentioned again sir. But Mr. Lancaster did tell me that you had not made a "final" decision on it yet. That is what I thought my July (3) hearing was going to be about your honor.

After that things started to change for me in a dramatic fashion. I still can't "completely" comprehend why. I do know that life got into the way sometimes as far as doing some of the things I am required to do on supervised release. And I sought some understanding on that from my P.O., I was doing my best.

Your Honor, Mr. Lancaster knows full well that if not for me getting cut I would be in the

Lighthouse program right now. Who am I to defy a court order? Your Honor I never outrightly declined to honor the motion of the court for me to go to the Lighthouse. I got injured and required treatment, that is not "balking", as Mr. Lancaster told the court before, not in my view anyway sir. Mr. Lancaster could have very well kept me on the list for a bed at the Lighthouse and I would have had to follow your order sir. It's as simple as that.
 And after the way that things have turned out for me, I now dread the day that I cut myself, I truly do your Honor. Sometimes things can get twisted and turned around. But your Honor I have told you the plain, flat out truth as to what occurred concerning your court order for me to go to the Lighthouse.
 Sincerely, Willie Fred Goldsmith, Sr.

(6)

P.S.—

Your Honor, as I have said in my last letter, my life is in quite a quandary now. I have spoken the truth to you with total honesty. I just hope and pray that some good can come out of this for me.

I have a job and I was relinquishing my life. I am connected to my family and people that care that I go forward with my life. I am concerned that if I go to prison your honor may not make it out. All kinds of thoughts go through your head. When you are in a position like I'm in. I'm 60 years old and I thought that I that went to prison for the last time, I did my best and was trying to do better on my supervised release. That is all that I can say.

/s/ VFG