Willie Fred Goldsmith
P.O. Drawer 159
Montgomery, AL 36101

INMATE MAIL
MONTGOMERY CITY JAIL

MONTGOMERY AL 361
02 JUN 2008 PM 4 L

USA 42

The Honorable Myron H. Thompson
United States District Judge
Frank M. Johnson Jr. United States
Courthouse Complex
One Church Street
Montgomery, Alabama 36101