AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA<br>v.<br><br>WILLIE FRED GOLDSMITH | **Amended Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br>(WO)<br><br>Case No.    2:06cr75-01-MHT<br>USM No.    10068-002<br><br>_____Crowell Pate DeBardeleben_____<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   _1-5 of the amended petition_   filed on 6/10/08 of the term of supervision.

X   was found in violation of condition(s)   _6 of the amended petiton_   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant has not refrained from any unlawful use of a controlled substance. | 5/13/2008 |
| 2 | The defendant has not paid his assessment fee nor made a restitution payment since his supervision term begin on 4/9/07. | 5/13/2008 |
| 3 | The defendant has not participated in drug testing. | 5/7/2008 |

The defendant is sentenced as provided in pages 2 through   _3_   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6045

Defendant's Year of Birth:    1948

City and State of Defendant's Residence:
Montgomery, AL

_____July 3, 2008_____
Date of Imposition of Judgment

_/s/ Myron H. Thompson_
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

7/2/2008
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: WILLIE FRED GOLDSMITH
CASE NUMBER: 2:06cr75-01-MHT

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | The defendant failed to report to the probation officer and submit a truthful complete written report within the first five days of each month. | 5/6/2008 |
| 5 | The defendant did not answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 5/8/2008 |
| 6 | The defendant refused to be transported by the probation officer to The Lighthouse of Tallapoosa County | 4/3/2008 |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | WILLIE FRED GOLDSMITH |
| CASE NUMBER: | 2:06cr75-01-MHT |

Judgment — Page __3__ of __3__

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 Months.   *Pursuant to 18 USC 3553(c)(2), the sentence is being imposed at 24 months for the following reasons: a blatant display of contempt for Court orders,; to reflect the seriousness of the offense; to promote respect for the law; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant.

X    The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the defendant be designated to a facility where intensive residential drug treatment is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL