Page 1 of 3           Friday - July 4, 2008

RECEIVED      2:06CR75

Your Honor,

This is a motion to the court to file an "APPEAL" of my sentence on July 3, 2008. After thinking over my sentence it doesn't make any sense to me. I just can't see the LOGIC in taking a man off of his job and putting him in prison <u>because he has a drug addiction problem</u>.

Especially when nearly "ALL" of the violations alleged against me are <u>directly related</u> to my use of drugs. This was well established in court by my attorney. My sentence seems to me to be seriously FLAWED. It is way over what the "Federal Guidelines recommends in my case, which is <u>6-12 months</u>. You sentenced me to (24) <u>months</u> and it looks to me as if my sentence was based on the <u>personal hatred</u> that my probation officer has for me, a vendetta type of gesture by the court on his behalf. Mr Lancaster, in my opinion, projected this somewhat even in the courtroom! I'm quite sure that others in the courtroom could attest to this. As far as I am concerned, I was sentenced in this way to personally appease Mr Lancaster.

I don't believe that the court was fair to me to do that. These are years off of my life! And I don't think that Justice was served by doing this to me. My hearing was in essence a trial where I was sentenced to serve time in prison because of my addiction to drugs. Something is wrong with that. My attorney and I pleaded for me to be sent to the Lighthouse as per your original motion. And to go beyond that and sentence me to prison AS A FORM OF DRUG TREATMENT just does not seem to measure up!? I would definitely like to have an Appeal lawyer appointed to review this hearing and the sentence. I do strongly believe that the transcripts of this hearing, and of my preliminary hearing also, will confirm most of what I have alleged in this motion of Appeal of my sentence in this matter.

Your honor I also have an issue concerning "FEMA" that needs to be dealt with before I can go into the BOP.

It concerns my testimony for the government in the FEMA case. The D.A. (Mr. Snyder is very familiar with this). These are "separate" issues that needs to be resolved. I spoke to my attorney at length and indepth about this and it should have been put forth at the hearing on July 3, 2008.

Again, this is a motion of Appeal of my sentenced that was handed down of July 3, 2008.

Sincerely,

Willie Fred Goldsmith

cc —
Mr. David Ron Thweatt (Federal Probation office)
Mrs. Christine Freeman (Federal Defenders)
Mr. Crowell Pate Debardeleben (my attorney of record)
Mr. Chris Snyder (D.A.)

Mr. Willie Fred Goldsmith
P.O. Drawer 159
Montgomery, AL. 36101

MONTGOMERY AL 361
07 JUL 2008 PM 1 T

USA 42

INMATF MAII
MONTGOMERY CIT JAIL

Attention;

*Notice of Appeal*

The Honorable Myron H. Thompson
United States District Judge
Frank M. Johnson Jr. United States
Courthouse complex
One Church Street
Montgomery, AL. 36101

36104+4018