page 1 of 3

2:06 CR 75

Mon. July 8, 2008

Dear Clerk of the Court,

I would like to enter a motion to "Appeal" the sentence handed down to me on July 3, 2008 by the Honorable Myron H. Thompson in Courtroom (2 FMJ). Justice was not served.

I was given a prison term because I am addicted to drugs. And that is what the transcripts will basically show in this case.

I was supposed to be resentenced because of my supervised release violations. And ALL of my alleged violations were "directly related" to my use of drugs and my drug addiction problems.

Earlier, on Oct 24, 2007, Judge Thompson ordered me to be transported by my probation officer, Alfred Lancaster, to The Lighthouse in Alexander City for inpatient treatment there; after I finished a (28) day inpatient treatment program at "CAPS" in Montgomery.

I completed the (28) day program at "CAPS" and I did very, very well there. And that can be confirmed by the "CAPS" staff.

my P.O., Al Lancaster and I were at odds (I don't understand why), and he always had a desire to cast me in the worst light possible.

* I always held my Job
* I always kept in touch with him
* But I did relapse on ocassion because of my weakness for drugs.

It seems to me that my sentence was given in part to personally appease my Probation officer, Mr. Lancaster. My revocation hearing looked like a "mini-trial" where the verdict was to send me to prison as a "FORM OF DRUG TREATMENT."

My sentence is full of "flaws" that even a layman to the law can easily see.

The "Federal Sentencing Guidelines" Manual recommend (6-12 months) or drug treatment for my violations.

But Judge Thompson went "far" outside the Federal Guidelines and sentenced me to (24 months).

Why? As a gesture by the court to personally satisfy the whims of my probation officer. My lawyer and I pleaded for "Inpatient" Drug treatment!

He even showed some animosity toward me in the courtroom, calling me a liar, etc, after the truth was eventually out in testimony at the hearing.

Whatever the case may be, I don't believe that Justice was served in this case. I would definitely like to appeal my hearing and sentence.

And I do strongly believe that the transcripts of my preliminary hearing and my revocation hearing held on July 3, 2008 will bear me out and confirm the need for an impartial appeal of this sentence.

I would definitely like to file a motion NOW to appeal the sentence handed down to me at my revocation hearing on July 3, 2008.

Sincerely,

Willie Fred Goldsmith, Sr.

Willie Ford Goldsmith
P.O. Drawer 159
Montgomery, AL 36101

Debra P. Hackett
United States District Clerk
One Church Street
Montgomery, AL 36104

Attention:
CLERK OF THE COURT

36104401800006