IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr75-MHT |
| **WILLIE FRED GOLDSMITH** | ) | |

### ORDER

It is ORDERED that defendant Willie Fred Goldsmith's motion for appointment of counsel during appeal (Doc. No. 61) is granted and Honorable Crowell Pate DeBardeleben shall continue to represent defendant Goldsmith on appeal.

DONE, this the 11th day of July, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**