Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

July 30, 2008

**Appeal Number: 08-13898-C**
Case Style: USA v. Willie Fred Goldsmith
District Court Number: 06-00075 CR-T-N

TO:  Debra P. Hackett

CC:  Crowell Pate DeBardeleben

CC:  Willie Fred Goldsmith

CC:  Leura Garrett Canary

CC:  Christopher A. Snyder

CC:  Administrative File

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 30, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-13898-C**
Case Style: USA v. Willie Fred Goldsmith
District Court Number:  06-00075 CR-T-N

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost/caw (404) 335-6182

Encl.

DIS-3 (6-2004)

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 30, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-13898-C**
Case Style: USA v. Willie Fred Goldsmith
District Court Number: 06-00075 CR-T-N

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost/caw (404) 335-6182

Encl.

DIS-3 (6-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-13898-C

---

UNITED STATES OF AMERICA,

                      Plaintiff-Appellee,

versus

WILLIE FRED GOLDSMITH,

                      Defendant-Appellant.

---

Appeal from the United States District Court for the

Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 30th day of July, 2008.

                                    THOMAS K. KAHN
                                    Clerk of the United States Court
                                    of Appeals for the Eleventh Circuit

                                    By: Gerald Frost/caw
                                        Deputy Clerk

                                    FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED:
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY: _____
DEPUTY CLERK
ATLANTA, GEORGIA

ORD-50